

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### 117 U.S. COURTHOUSE
### SPRINGFIELD, ILLINOIS 62701

CHAMBERS
OF
RICHARD MILLS
UNITED STATES DISTRICT JUDGE

(217) 492-4340

▬▬▬▬▬▬▬

May 7, 2007

THE HONORABLE ORTRIE D. SMITH
Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

RECEIVED 2007 MAY 14 A 9:55 FINANCIAL DISCLOSURE OFFICE

## RE: CALENDAR YEAR 2006 FILING

Dear Judge Smith:

Pursuant to your letter of April 25, 2007, I herewith enclose three (3) copies of Amended Part VII, page 1, to my 2006 report.

Godspeed.



RICHARD MILLS
United States District Judge

RM/lrb
Attachments



# T' CIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mills, Richard H. | 4-4-07 |

## age 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Amt Code 1 (A-H) | B. Income during reporting period — (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day Year | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Farming Operation | E | INC | N | 8-18-97 W | Inherit | | | | DeWitt Co.,IL See VIII |
| 2 IRA, Invesco | | None | J | T | | | | | |
| 3 Vanguard (Energy Fund) | A | DIV | J | T | | | | | |
| 4 IRA, Vanguard (Energy Fund) | | None | J | T | | | | | |
| 5 Intel Corp. | A | DIV | J | T | | | | | |
| 6 Home Seekers.com(HMSK) (formerly NDS Software) | | None | J | T | | | | | |
| 7 LSI Logic Corp. | | None | K | T | | | | | |
| 8 C.P. Pokphand Co. | | None | J | T | | | | | |
| 9 Hong Kong Telec | | None | J | T | | | | | |
| 10 Graphon Corp. | | None | J | T | | | | | |
| 11 Sun Microsys. | | None | J | T | | | | | |
| 12 Deere & Co. Credit Union (CD) | A | DIV | J | T | Sold 5-02-06 | | J | | |
| 13 Ill.Natl Bank (CD) | | None | K | T | Buy 12-6-06 | | E | | |
| 14 State Farm Ins. (Annuity) | | None | K | T | Buy 1-10-06 | | E | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A =$1,000 or less B =$1,001-$2,500 C =$2,501-$5,000 D =$5,001-$15,000 E =$15,001-$50,000
(See Col. B1 D4) F =$50,001-$100,000 G =$100,001-$1,000,000 H1 =$1,000,001-$5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001-$50,000 L =$50,001-$100,000 M =$100,001-$250,000
(See Col. C1 D3) N =$250,001-$500,000 O =$500,001-$1,000,000 P1 =$1,000,001-$5,000,000 P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal R =Cost (real estate only) S =Assessment T =Cash Market
(See Col. C2) U =Book value V =Other W =Estimated

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MILLS, RICHARD H. | U.S. District Court Central District of Illinois | 4-4-07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ___ Nomination, Date _____ <br> ___ Initial  _x_ Annual  ___ Final | 1/1/06 - 12/31/06 |
|  | 5b. ___ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 117 U.S. Courthouse <br> 600 E. Monroe St. <br> Springfield, IL 62701 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Member, Executive Board | Abraham Lincoln Council, Boy Scouts of America |
| Member, Board of Trustees | ILLINOIS COLLEGE |
| Member, Board of Directors | Abraham Lincoln Association |
| Rector | Lincoln Academy of Illinois |
| Member, Board of Directors | Prairie Education & Research Cooperative (Medical Research) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

2007 APR 10 A 10: 49
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| | State of Illinois, Judicial Retirement System | $ 88,108.56 |
| | Illinois Municipal Retirement Fund | $ 2,639.00 |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| | Farming Operation (DeWitt County, Illinois) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 X X | Sep 23-30 - International Judicial Academy, International Courts Seminar The Hague, Netherlands | Partial transportation, lodging, food |
| X 2 X | Oct 5-8 - George Mason Univ. Judicial Seminar, LaJolla, CA | Transportation, lodging, food |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 X | The Sangamo Club Springfield, IL (a city club) | Honorary Membership (Initiation fee, $1250, and $50 @ mo. dues waived) | $ $ |
| X 2 X | Union League Club of Chicago | Resigned 3-28-06 Judicial Privilege Membership (Initiation fee waived, $750) I pay monthly dues of $60.00 | $ $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Farming Operation | E | INC | N | W | 8-18-97 Inherit | | | | DeWitt Co., IL See VIII |
| 2 IRA, Invesco | | None | J | T | | | | | |
| 3 Vanguard (Energy Fund) | A | DIV | J | T | | | | | |
| 4 IRA, Vanguard (Energy Fund) | | None | J | T | | | | | |
| 5 Intel Corp. | A | DIV | J | T | | | | | |
| 6 Home Seekers.com(HMSK) (formerly NDS Software) | | None | J | T | | | | | |
| 7 LSI Logic Corp. | | None | K | T | | | | | |
| 8 C.P. Pokphand Co. | | None | J | T | | | | | |
| 9 Hong Kong Telec | | None | J | T | | | | | |
| 10 Graphon Corp. | | None | J | T | | | | | |
| 11 Sun Microsys. | | None | J | T | | | | | |
| 12 Deere & Co. Credit Union (CD) | A | DIV | J | T | Sold 5-02-06 | | | | |
| 13 Ill.Natl Bank (CD) | | | K | T | Buy 12-6-06 | | | | |
| 14 State Farm Ins. (Annuity) | | | K | T | Buy 1-10-06 | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part III, B. and Part VII, line 1: "Farming Operation" inherited on 18 August 1997, under living trust and will; no probate required; appraisal is estimated. Retained for investment and income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I furt⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ance of gifts which have been reported are in complianc⬛⬛⬛⬛⬛⬛⬛⬛⬛nference regulations.

Signature⬛⬛⬛⬛⬛⬛⬛ Date  4 April 2007

NOTE: ⬛⬛⬛⬛⬛⬛⬛⬛⬛ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544